IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CIRILO ALLEN,

        Appellant,

          Case No.  5D23-190
v.                        LT Case No. 16-2001-CF-13962-AXXX

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for Duval County,
Jeb T. Branham, Judge.

Cirilo Allen, Milton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Zachary F.
Lawton, Assistant Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.


MAKAR, HARRIS and BOATWRIGHT, JJ., concur.